UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITY OF PROVIDENCE and<br>CITY OF CENTRAL FALLS,<br><br>   Plaintiffs,<br><br> -v.-<br><br>JEFFERSON B. SESSIONS III, in his<br>Official capacity as Attorney General of the<br>United States, and the UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>   Defendants. | Civil Action No.<br>CA-18-437-JJM-LDA |

## STIPULATION AND ORDER

Plaintiffs, the City of Providence and the City of Central Falls (the "Plaintiff Municipalities"), and Defendants, the United States Department of Justice and Jefferson B. Sessions III ("Defendants"), do HEREBY STIPULATE AND AGREE as follows:

1. This stipulation shall remain in effect for a period of 60 days from the date hereof, *i.e.,* until October 10, 2018. On October 10, 2018, and every 30 days thereafter, this stipulation shall automatically be extended for a 30-day period (the "extension term"), except in the case that Defendants give notice to Plaintiff Municipalities 14 days in advance of the end of an extension term that Defendants do not agree to renew the stipulation for the next extension term, thus ending the stipulation at the end of the then-operational extension term;

2. For the duration of this stipulation, Defendants shall not disburse, expend, or revert to the Treasury the Fiscal Year ("FY") 2017 Edward Byrne Memorial Justice Assistance Grant ("Byrne JAG") funds allocated to the Plaintiff Municipalities;

3. For the duration of this stipulation, Defendants shall not deny the Plaintiff Municipalities their respective FY 2017 Byrne JAG awards (in keeping with their respective FY 2017 Byrne JAG formula allocations) on the basis of failure to accept the FY 2017 Byrne JAG award within 45 days of receiving the award documents;

4. If this stipulation is in effect at the time a resolution of this matter on the merits is reached, Defendants shall not deny Plaintiff Municipalities their respective FY 2017 Byrne JAG awards for failure to accept the award within the deadline to accept without first advising them in writing of a new period (of not less than 45 days) within which to accept and allowing that period to expire. If after a determination on the merits, Plaintiff Municipalities remain eligible for an FY 2017 Byrne JAG award and the Court's order does not require alteration of the award documents, Defendants will issue a new deadline within 7 days; and

5. This stipulation applies only to the parties that are currently before the Court in this litigation. No party that is not currently named as a party to this litigation shall be entitled to any rights or benefits whatsoever under this stipulation.

IT IS STIPULATED AND AGREED.


[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK]

DATED:  August 9, 2018                             Respectfully submitted,

                                                   STEPHEN G. DAMBRUCH
                                                   United States Attorney


*/s/ Jeffrey Dana*                                 */s/ Zachary A. Cunha*
JEFFREY DANA (#5580)                               ZACHARY A. CUNHA (Bar No. 7855)
City Solicitor, City of Providence                 Assistant United States Attorney
Solicitor's Office                                 50 Kennedy Plaza, 8th Floor
444 Westminster Street, Suite 220                  Providence, RI  02903
Providence, RI  02903                              Tel.: (401) 709-5000
Tel.: (401) 680-5333                               Fax: (401) 709-5001
Fax: (401) 680-5520                                Email: Zachary.Cunha@usdoj.gov
Email: jdana@providenceri.gov

                                                   *Counsel for Defendants*


*/s/ Matthew Jerzyk*
MATTHEW JERZYK (#7945)
City Solicitor, City of Central Falls
580 Broad Street
Central Falls, RI  02863
Tel.: (401) 616-2435
Fax: (401) 727-7422
Email: mjerzyk@centralfallsri.us

*Counsel for Plaintiffs*


**SO ORDERED:**


            AUGUST ___, 2018                       _____
                                                   HON. JOHN J. McCONNELL, Jr.
                                                   UNITED STATES DISTRICT JUDGE