UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITY OF PROVIDENCE and CITY OF CENTRAL FALLS,<br><br>                      Plaintiffs,<br>   v.<br><br>WILLIAM P. BARR, in his Official capacity as Attorney General of the United States, and the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                      Defendants. | Civil Action No.<br>18-CV-437-JJM-LDA |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants, the United States Department of Justice and Attorney General William P. Barr ("Defendants"), appeal to the United States Court of Appeals for the First Circuit from this Court's decision, Memorandum and Order granting partial summary judgment and imposing a permanent injunction entered in this action on June 10, 2019 (Docket No. 30) and grant of Partial Judgment Of Injunction And Writ Of Mandamus, dated June 27, 2019 (Docket No. 35).

Dated: Providence, Rhode Island
       August 9, 2019

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. TYLER
Assistant Director

/s/ *Daniel D. Mauler*
DANIEL D. MAULER
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
 (202) 616-0773 / (202) 616-8470 (fax)
Email: dan.mauler@usdoj.gov

 */s/ Zachary A. Cunha*_____
Zachary A. Cunha (Bar. No. 7855)
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI  02903
Tel.: (401) 709-5000
Fax: (401) 709-5001
Email: Zachary.Cunha@usdoj.gov

 *Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that, on August 9, 2019, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3) and Local Rules Gen 304 and 305.

 */s/ Zachary A. Cunha*_____
Zachary A. Cunha (Bar. No. 7855)
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI  02903
Tel.: (401) 709-5000
Fax: (401) 709-5001
Email: Zachary.Cunha@usdoj.gov

 *Counsel for Defendants*