# United States Court of Appeals
## For the First Circuit

_____

No. 19-1802

CITY OF PROVIDENCE and CITY OF CENTRAL FALLS,

Plaintiffs, Appellees,

v.

WILLIAM P. BARR, in his official capacity as United States Attorney General, and the UNITED STATES DEPARTMENT OF JUSTICE,

Defendants, Appellants.
_____

**JUDGMENT**

Entered: March 24, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc:
Jeffrey T. Dana
Megan K. Maciasz DiSanto
Etie-Lee Z. Schaub
Matthew T. Jerzyk
Robert F. Weber
Nicholas J. Hemond
Lauren S. Zurier
Zachary A. Cunha
Daniel Tenny
Bradley Hinshelwood
Brian Pandya

Lee Gelernt
Nicholas Trott Long
Mark Christopher Fleming
Omar C. Jadwat
My Khanh Ngo
Cody H. Wofsy
Peter F. Neronha
Michael W. Field
Maura T. Healey
Anisha S. Dasgupta
Barbara D. Underwood
Letitia James
William M. Tong
Linda Fang