# United States Court of Appeals
## For the First Circuit

No. 19-1802

CITY OF PROVIDENCE; CITY OF CENTRAL FALLS

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF JUSTICE; WILLIAM P. BARR, in his official capacity as United States Attorney General

Defendants - Appellants

**MANDATE**

Entered: May 15, 2020

In accordance with the judgment of March 24, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Zachary A. Cunha; Jeffrey T. Dana; Anisha S. Dasgupta; Linda Fang; Michael W. Field; Mark Christopher Fleming; Lee Gelernt; Maura T. Healey; Nicholas J. Hemond; Bradley Hinshelwood; Omar C. Jadwat; Letitia James; Matthew T. Jerzyk; Nicholas Trott Long; Megan K. Maciasz DiSanto; Peter F. Neronha; My Khanh Ngo; Brian Pandya; Etie-Lee Z. Schaub; Daniel Tenny; William M. Tong; Barbara D. Underwood; Robert F. Weber; Cody H. Wofsy; Lauren S. Zurier