# United States Court of Appeals
## For the First Circuit

_____

No. 20-1296

PROVIDENCE; CENTRAL FALLS

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF JUSTICE; ROBERT MONTAGUE WILKINSON, in
his official capacity as Acting United States Attorney General

Defendants - Appellants

_____

**JUDGMENT**

Entered: March 30, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal
be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk



cc:
Lauren S. Zurier
Zachary A. Cunha
Daniel Tenny
Bradley Hinshelwood
Brian Pandya
Jeffrey T. Dana
Megan K. Maciasz DiSanto
Etie-Lee Z. Schaub
Matthew T. Jerzyk
Robert F. Weber

Nicholas J. Hemond