# United States Court of Appeals
## For the First Circuit

No. 20-1296

PROVIDENCE; CENTRAL FALLS

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF JUSTICE; ROBERT MONTAGUE WILKINSON, in his official capacity as Acting United States Attorney General

Defendants - Appellants

**MANDATE**

Entered: March 30, 2021

In accordance with the judgment of March 30, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Zachary A. Cunha
Jeffrey T. Dana
Nicholas J. Hemond
Bradley Hinshelwood
Matthew T. Jerzyk
Megan K. Maciasz DiSanto
Brian Pandya
Etie-Lee Z. Schaub
Daniel Tenny
Robert F. Weber
Lauren S. Zurier